Lauren J. Marcus (N.J. Bar No. 030012009)
Anastasia Stylianou (N.J. Bar No. 198022017)
**LITTLER MENDELSON P.C.**
One Newark Center, 8th Floor
Newark, New Jersey  07102
973.848.4700
*Attorneys for Defendant*
*ClearChoice Management Services, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ABIGAIL ROTH,<br><br>Plaintiff,<br><br>vs.<br><br>CLEARCHOICE MANAGEMENT SERVICES, LLC,<br><br>Defendants. | Civil Action No. 1:21-cv-20440-NLH-EAP<br><br>**STIPULATION OF**<br>**DISMISSAL WITH PREJUDICE**<br><br>*Electronically Filed* |

The matter in the above-captioned action having been amicably resolved by and between the parties, it is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a), that the above-captioned case shall be, and hereby is, dismissed with prejudice and without costs or attorneys' fees against any party.

**ABIGAIL LEE ROTH**
Plaintiff *Pro Se*

By: _____
     Abigail Lee Roth

Dated: _____12/05_____, 2022

**LITTLER MENDELSON, P.C.**
Attorneys for Defendant

By: ___*/s/ Anastasia Stylianou*___
     Lauren J. Marcus
     Anastasia Stylianou

Dated: _____12/13_____, 2022

SO ORDERED:

_____
HON. NOEL L. HILLMAN, U.S.D.J.

Dated: _____, 2022